IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:25-CR-220 (MAD) |
| | ) | |
| v. | ) | |
| | ) | |
| **DAVAL BYRAMS** | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 1:25-CR-220 (MAD) against Daval Byrams, the defendant.

The reason(s) for this dismissal are (check one or more):

☐   Case transferred to another District

☐   Speedy Trial Act

☐   Defendant's cooperation

☐   Insufficient evidence at this time

☒   Other:   The defendant is deceased.

With respect to this dismissal, defendant (check one):

☐   Consents

☐   Objects

☒   Has not been consulted

2

This dismissal is with prejudice.

Dated: July 29, 2025					JOHN A. SARCONE III
							Acting United States Attorney

					By:	*/s/ Jonathan S. Reiner*
							AUSA Name
							Assistant United States Attorney
							Bar Roll No. 702645


Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this   10th    day of September, 2025.

							_____
							Hon. Mae A. D'Agostino
							United States District Judge

2